FILED

12/01/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0479

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0479

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

DANIEL M. ALLEN,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until December 31, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 1 2021